MSG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Butina | : | CIVIL ACTION |
| v. | : | |
| United States of America | : | NO. 19  1303 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          **2241** (☒)

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.          (☐)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (☐)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.          (☐)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.          (☐)

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (☐)

| MAR 2 5 2019 | _Dan McGah_ | |
|---|---|---|
| **Date** | **Deputy Clerk** | **Attorney for** |
| | | |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MSG

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19    1303

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Outside the State of Pennsylvania _____

---

*RELATED CASE, IF ANY:*

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/25/2019    _____David McGrath_____    _____
                    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1. Insurance Contract and Other Contracts |
| ☐ 2. FELA | ☐ 2. Airplane Personal Injury |
| ☐ 3. Jones Act-Personal Injury | ☐ 3. Assault, Defamation |
| ☐ 4. Antitrust | ☐ 4. Marine Personal Injury |
| ☐ 5. Patent | ☐ 5. Motor Vehicle Personal Injury |
| ☐ 6. Labor-Management Relations | ☐ 6. Other Personal Injury *(Please specify)*: ____ |
| ☐ 7. Civil Rights | ☐ 7. Products Liability |
| ☑ 8. Habeas Corpus   2241 | ☐ 8. Products Liability – Asbestos |
| ☐ 9. Securities Act(s) Cases | ☐ 9. All other Diversity Cases *(Please specify)*: ____ |
| ☐ 10. Social Security Review Cases | |
| ☐ 11. All other Federal Question Cases *(Please specify)*: ____ | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                         *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

MSG

AO 243 (Rev. 12/04)

Page 2

*Petition for a Writ of Habeas Corpus 28 USC § 2241 & 28 USC § 2242; AND*

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | *Eastern* District of *Pennsylvania* | Docket or Case No.: 19 1303 |
|---|---|---|
| Name (under which you were convicted): *Marina Butina* | | |
| Place of Confinement: *D.C. Jail / Detention Center D.C. Suburb* | | Prisoner No.: |
| UNITED STATES OF AMERICA V. | | Movant (include name under which convicted) *Marina Butina* |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   *U.S. District Court for the District of Columbia*

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: *unknown*

3. Length of sentence: *6 months followed by Supervised Release*

4. Nature of crime (all counts): *Failing to Register as Foreign Agent*

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☑

8. Did you appeal from the judgment of conviction?     Yes ☐     No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____
       _____
       _____
       _____
       _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____
(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☑
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: _____
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☑
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☐
    (2) Second petition:   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Indictment(s), Criminal complaint and warrants did not name the Real party in Interest because it was brought in the name "United States of America" rather than "United States" in violation of Due Process, 18 USC § 3231 & 547

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Information, Criminal complaint & warrants name the wrong entity & do not name the Real party in Interest because it names "United States of America" rather than "United States". "United States of America" refers to the entity of 13 British Colonies under the Articles of Confederation while "United States" refers to the 50 States, DC & Territories under the 1789 US Constitution. Also, See Ballentines Law dict at "United States". This court has jurisdiction for violations of offenses against the "United States" 18 USC § 3231 while the US Attorney may prosecute for offenses against the "United States" 28 USC § 547 but "United States" did not bring the charge. "United States of America" did in violation of Due Process. The court lacks jurisdiction. See "United States" at Ballentines Law Dict. Counsel also was ineffective in failing to raise this issue. Movant suffered prejudice because the case would have been dismissed for lack of jurisdiction. Also, Movant was never advised by counsel that she would be deported if she pled guilty in violation of Due process. Counsel was ineffective in failing to disclose this and prejudice is presumed. Movant substantive rights were violated.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

 Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

 Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

 Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *Counsel failed to do so.*

_____

_____

**GROUND TWO:** *Conspiracy Count is Void, the Arrest & search warrants were not Returned, the Magistrate entered the first appearance "not guilty" plea in violation of Fed R. crim. proc. 5(d), the government never disclosed the FISA discovery in violation of 50 USC §1806(c) etc. All in violation of Due Process.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Conspiracy Count is Void, Movant could not enter into a contract to commit an illegal act because illegal conspiracies & breeches of them cannot be enforced in a civil court proceeding. Conspiracy is Void in violation of Due Process court lacks jurisdiction. The Arrest & search warrants were not returned to the Judge who purportedly issued them & movant was brought in front of in violation of Fed. R. crim. proc. 4(c)(4)(A). The Magistrate Judge entered a plea at the first appearance in this felony case in violation of Rule 5(d) & usurped the power of the Article III judge in violation of Due Process, the court lacks jurisdiction. The government never disclosed the FISA electronic surveillance discovery & collected it in violation of 50 USC 1801 et seq & Due process, movant moved to disclose the FISA under 50 USC 1806(f). All in violation of Due Process the court lacks jurisdiction. Counsel was ineffective in failing to raise these issues. Movant suffered prejudice because her substantive rights were violated & she would have been released.*

(b) **Direct Appeal of Ground Two:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☐

  (2) If you did not raise this issue in your direct appeal, explain why: _____
  _____
  _____

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____
  _____
  _____

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐
  (6) If your answer to Question (c)(4) is "Yes," state:
  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____
  _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND THREE:** Movant was never given the opportunity to challenge the Grand Jury selection process and array, in violation of Fed.R.Crim.Proc 6(b)(1) and Due Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant was never given the opportunity to challenge the Grand Jury selection process and array in violation of Fed.R.Crim.Proc 6(b)(1) and Due Process. The Court lacked jurisdiction. Counsel was ineffective in failing to raise this issue in violation of the 6th Amendment. Movant suffered prejudice because her substantive rights were violated and she would have been paroled rather than deported.

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☑
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** The Grand Jury foreman did not file a letter or certificate of concurrence of the indictment with the clerk in violation of Rule 6(f) & due process. The U.S. Attorney used Grand Jury subpoenas without authorization of the Grand Jury in violation of Separation of powers & due process. Movant was not informed of collateral consequences before he pled such as deportation. The Court lacks jurisdiction and counsel was Ineffective.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Grand Jury foreman did not file a letter or certificate of concurrence of the indictment with the clerk in violation of Fed.R.Crim.P. 6(f) and due process. The U.S. Attorney used Grand Jury subpoenas without authorization of authority of the Grand Jury in violation of Separation of powers and due process. The court lacked subject matter jurisdiction. Movant was not informed of the collateral consequences of deportation, enjoyment from holding jobs in Transportation, Banking, Childcare & Halfway work and nearly 50,000 state and federal collateral consequences (see abacollateralconsequences.org). USA v. Nesbeth _ F.Supp _, 2016 US Dist Lexis 68731, 2016 WL 3022073 (EDNY May 24, 2016) in violation of the right to a knowing & intelligent plea and due process. The plea waiver is therefore invalid and counsel was ineffective for failing to raise these issues in violation of the 6th Amendment. Petitioner suffered actual prejudice because her substantive constitutional rights have been violated as stated above, she is being held in oppressive incarceration and she has anxiety & concern about her family and prospective deportation. Prejudice is also presumed because of the ineffective assistance of counsel claims. Also, Movant was never advised by the arresting agents of her right to consult with the Russian consulate in violation of 8 CFR _ and due process. Counsel was ineffective in failing to raise this issue. This Motion does not become moot once the sentence of imprisonment is served because Movant is still subject to Supervised Release/No Supervised Release and Immigration Detention.

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Yes. All grounds have not been presented because counsel failed & refused to present them.

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing: _____

(b) At the arraignment and plea: _____

(c) At the trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   _____

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

___

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

    (1)  the date on which the judgment of conviction became final;

    (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Discharge Movant, Vacate the Conviction & Sentence with prejudice, Void & Vacate the Deportation, Grant this Motion, Hold a Hearing</u>

or any other relief to which movant may be entitled.

for /P/ Marina Butina

_____
Signature of ~~Attorney~~ (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __2/12/19__
(month, date, year)

Executed (signed) on __2/12/19__ (date).

for /P/ Marina Butina

_____
Signature of ~~Movant~~

28 USC § 2242 "Next Friend" Statement

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
Similarly situated to movant, movant is mentally & physically incapacitated and has no attorney to bring this motion and has no access to the court by virtue of ~~interment pending immigration deportation.~~ Also movant is a Russian national and her first language is Russian. Distant Cousin.

---

1. Frederick Banks is the only pro se litigant in history since 1776 to ever win as a pro se litigant a petition for rehearing in any U.S. Court of Appeals. See: IN RE: Frederick H. Banks, No 18-1014 (3d Cir. 9/24/19) and he exposed that the Trump campaign was under FISA "electronic surveillance" and Steve Bannon was "The White House Leaker" in two letters sent to Ivanka Trump on 11/7/16 and 5/3/17. See USA v. Banks, 15 CR 168 (WDPA) at ECF 259, 352 & 593.