**FILED**
**MAY 17 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Marina Butina, )
) 
) Civil Action No. 19-1210 (UNA)
)

## ORDER OF DISMISSAL

This action was transferred from the United States District Court for the Eastern District of Pennsylvania [Dkt. # 3]. It purports to be a petition for a writ of *habeas corpus* arising from a criminal conviction in this Court, *USA v. Butina*, 18-cr-00218-TSC-1, but the signature on both the petition and the application to proceed *in forma pauperis* is that of Frederick Banks, who is a prisoner barred from filing civil actions under 28 U.S.C. § 1915(g). *See Banks v. Lappin*, No. 08-cv-0152, 2008 WL 2874193, at *1 (D.D.C. July 25, 2008) (citing cases). Nothing suggests that Ms. Butina has consented to this action. Indeed, her conviction is currently on appeal to the U.S. Court of Appeals for the District of Columbia Circuit. *See USA v. Butina* [Dkt. # 125] (Notice of Appeal filed May 15, 2019).

Accordingly, it is

**ORDERED** that the application to proceed *in forma pauperis* [Dkt. # 1] is **DENIED**, and this case is **DISMISSED**. The Deputy Clerk shall mail a courtesy copy of this order to:

**Mariia Butina, a/k/a Maria Butina**
**Grady County Jail**
**Chickasha, OK 73018**
and
**Robert N. Driscoll and Alfred D. Carry**
**McGlinchey Stafford PLLC**
**1275 Pennsylvania Avenue N.W., Suite 420**
**Washington, D.C. 20004**

Date: May 16, 2019

_____
United States District Judge